

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-15-2013

# PG Publishing Co v. Carol Aichele

Precedential or Non-Precedential: Precedential

Docket No. 12-3863

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"PG Publishing Co v. Carol Aichele" (2013). *2013 Decisions.* Paper 1273.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1273

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3863
_____

PG PUBLISHING COMPANY, d/b/a
The Pittsburgh Post-Gazette,

Appellant

v.

CAROL AICHELE, in her capacity as Secretary
of The Commonwealth; ALLEGHENY COUNTY
BOARD OF ELECTIONS; MARK WOLOSIK,
in his capacity as Division Manager of the
Allegheny County Elections Division

_____

ORDER AMENDING OPINION
_____


It appears that the precedential opinion filed in this case on January 15, 2013 had formatting issues in that manual page breaks were inserted in various locations in the opinion. Accordingly, it is hereby ORDERED that the opinion is hereby amended to remove the page breaks on pages 2, 3, 48, and 49.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: January 15, 2013
CJG/cc: Frederick N. Frank, Esq.      Ellis W. Kunka, Esq.
      Kemal A. Mericli, Esq.      George M. Janocsko, Esq.
      Teri L. Henning, Esq.